UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| EUGENE C. SCHNEIDER,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON NATIONAL INS. CO., a foreign corporation and CONSECO SERVICES, LLC, a foreign limited liability company,<br><br>Defendants. | Civil Action No.: 00-2033JRT/FLN |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by their attorneys, inform the Court that they have agreed upon a compromise settlement, and it is hereby stipulated and agreed by and between the parties that the above-entitled cause be dismissed, with prejudice, each party bearing its own costs.

Dennis Atchison
MALONE & ATCHISON
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437

Byron Peterson (#181377)
TOMSCHE, SONNESYN & TOMSCHE, P.A.
888 Lumber Exchange Building
Ten South Fifth Street
Minneapolis, MN 55402

for Derek L. Mandel (#13829-49)
HUFFER & WEATHERS, P.C.
1850 Market Square Center
151 North Delaware Street
Indianapolis, Indiana 46204

FEB 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| EUGENE C. SCHNEIDER,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON NATIONAL INS. CO., a foreign corporation and CONSECO SERVICES, LLC, a foreign limited liability company,<br><br>Defendants. | Civil Action No.: 00-2033JRT/FLN |

**ORDER OF DISMISSAL**

The Court hereby approves the Stipulation of Dismissal with Prejudice filed by the Parties.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned case be dismissed, with prejudice, each party bearing their own costs.

Dated: 2/26/2001

John R. Tunheim
JUDGE, United States District Court for the District of Minnesota

DISTRIBUTION TO:

Derek L. Mandel
HUFFER & WEATHERS, P.C.
1850 Market Square Center
151 North Delaware Street
Indianapolis, Indiana 46204

Byron Peterson
TOMSCHE, SONNESYN & TOMSCHE, P.A.
888 Lumber Exchange Building
Ten South Fifth Street
Minneapolis, MN 55402

Dennis Atchison
MALONE & ATCHISON
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437